# EXHIBIT D

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| 1. A computerized method of monitoring and evaluating guard patrols of one or more sites, comprising the steps of: | On information and belief, the Mobile Patrol system includes a web-based Mobile Patrol account and has a web interface.<br><br>**Ex. B**, Website "Receive in Realtime to Web Account:" … "Guard Tours"<br><br>**Ex. C,** Product brochure "Receive in Realtime to Web Account:" … "Guard Tours" |
| a) defining at least one checkpoint to identify at least one location to be patrolled by a guard; | On information and belief, the software provides the ability assign at least one location and at least one checkpoint associated with that location. GeoTags can be attached to each checkpoint location.<br><br>**Ex. B**, Website "Mobile Phone App:" … includes "Checkpoints" and "Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more."<br><br>**Ex. C**, Product brochure "Mobile Phone App:" … includes "Checkpoints" and "Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| b) defining at least one patrol record to compile information relating to said at least one location to be patrolled by the guard; | On information and belief, the software defines at least one patrol record.<br><br>**Ex. B**, Website "Boost productivity with real time, GPS monitoring and reporting" and "Receive in Realtime to Web Account:" … "Guard Tours."<br><br>**Ex. C**, Product brochure "Boost productivity with real time, GPS monitoring and reporting," "Realtime Reporting: After activity data and incidents are captured on scene, patrols are syncronized *[sic]* and immediately on the web," and "Receive in Realtime to Web Account:" … "Guard Tours." |
| c) providing a positioning system to generate data relating to the location of the guard to be included as part of said information; | On information and belief, the software allows GPS to be required at each checkpoint location.<br><br>**Ex. B**, Website "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." and "Receive in Realtime to Web Account:" … "Live GPS Location," "Guard Tours."<br><br>**Ex. C**, Product brochure "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and |

EXHIBIT D

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
|  | much more." and "Receive in Realtime to Web Account:" … "Live GPS Location," "Guard Tours." |
| d) detecting said information obtained from said positioning system and said at least one location patrolled by the guard; | On information and belief, the software captures GPS information and GeoTag information for each checkpoint location.<br><br>**Ex. B**, Website "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." and "Receive in Realtime to Web Account:" … "Live GPS Location," "Guard Tours." "Mobile Phone App:" … "Checkpoints."<br><br>**Ex. C**, Product brochure "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." and "Receive in Realtime to Web Account:" … "Live GPS Location," "Guard Tours." "Mobile Phone App:" … "Checkpoints." |
| e) storing said information within said at least one patrol record; and | On information and belief, this information is stored as patrol record in the Mobile Patrol web portal. Information can also be extracted from the Mobile Patrol web portal.<br><br>**Ex. B**, Website "Receive in Realtime to Web Account:" … "Guard Tours" and "Extensive Reporting," and "Boost productivity with real time, GPS monitoring and reporting."<br><br>**Ex. C,** Product brochure "Receive in Realtime to Web Account:" … "Guard Tours" and "Extensive Reporting," and "Boost productivity with real time, GPS monitoring and reporting." |
| using said information to monitor and evaluate the guard patrol and the location of the guard when on a guard patrol. | On information and belief, the software allows for this information to monitor and evaluate the guard patrol and the location of the guard when on a guard patrol.<br><br>**Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location," "Guard Tours" and "Extensive Reporting," and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more."<br><br>**Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location," "Guard Tours" and "Extensive Reporting," and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and |

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| | much more." "Realtime Reporting: After activity data and incidents are captured on scene, patrols are syncronized *[sic]* and immediately on the web." |
| 2. The method according to claim 1, wherein step b comprises programming a computer with information describing records including said data relating to the location of the guard when on a guard patrol. | **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." <br><br> **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 3. The method according to claim 1, wherein the data relating to the location of the guard when on a guard patrol is stored within said at least one patrol record and is displayed in graphical form to show the route of a guard patrol. | On information and belief, GPS data stored in the patrol record can be displayed in graphical form to show the route of a guard patrol. <br><br> **Ex. C,** Screen shot |
| 4. The method according to claim 1, wherein said positioning system comprises a global positioning system receiver. | On information and belief, the positioning system comprises GPS, such as a GPS equipped iOS or Android mobile phone. <br><br> **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." <br><br> **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 7. The method according to claim 1, wherein said position system is adapted to be configured within a reader device. | On information and belief, that the mobile device used by the Mobile Patrol system is capable of reading GeoTags, such as an iOS or Android mobile phone capable of reading QR codes. <br><br> **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile |

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| | tour solution combines GPS, GeoTags, photo capture and much more." |
| | **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 9. The method according to claim 7, wherein said reader device is carried by the guard when on a guard patrol and provides information selected from the group consisting of guard location information, guard tour information, guard route information, or combinations thereof. | On information and belief, the mobile device used by the Mobile Patrol system can be a GPS equipped iOS or Android mobile phone capable of reading GeoTags, such as by reading QR codes. |
| | **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| | **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 15. A data processing system for monitoring and evaluating guard patrols of one or more sites comprising: | On information and belief, the Mobile Patrol system includes a web-based account and has a web interface. |
| | **Ex. B**, Website "Receive in Realtime to Web Account:" ... "Guard Tours" |
| | **Ex. C,** Product brochure "Receive in Realtime to Web Account:" ... "Guard Tours" |
| a) a central computing device; | On information and belief, the Mobile Patrol system uses a central computing device (e.g., a web server). |
| b) a device for gathering information obtained from one or more checkpoints during a guard patrol by a guard of one or more sites, said information gathering device comprising a positioning system for generating data relating to the location of the guard at any time when on a guard patrol; and | On information and belief, the mobile device used by the Mobile Patrol system can be a GPS equipped iOS or Android mobile phone capable of reading GeoTags, such as by reading QR codes. |
| | **Ex. B**, Website "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more" and "Receive in Realtime to Web Account:" ... "Live GPS Location," "Guard Tours." "Mobile Phone App:" ... includes "Checkpoints" |
| | **Ex. C**, Product brochure "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile |

4

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| | tour solution combines GPS, GeoTags, photo capture and much more." and "Receive in Realtime to Web Account:" ... "Live GPS Location," "Guard Tours." "Mobile Phone App:" ... includes "Checkpoints" |
| c) a system for downloading said information into said central computing device. | On information and belief, during the operation of the Mobile Patrol system information is transferred from the mobile device to a web-based server.<br><br>**Ex. B**, "Receive in Realtime to Web Account:" "Live GPS Location" and "Guard Tours"<br><br>**Ex. C**, "Realtime Reporting: After activity data and incidents are captured on scene, patrols are syncronized *[sic]* and immediately on the web." "Receive in Realtime to Web Account:" "Live GPS Location" and "Guard Tours." Images of navigation screens on smartphones "Sync." |
| 16. The system according to claim 15, wherein said positioning system is selected from the group consisting of a global positioning system receiver, a cellular communication network, a local positioning system, and combinations thereof. | On information and belief, the mobile device used by the Mobile Patrol system can be a GPS equipped iOS or Android mobile phone.<br><br>**Ex. B**, Website "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." and "Receive in Realtime to Web Account:" ... "Live GPS Location," "Guard Tours."<br><br>**Ex. C**, Product brochure "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." and "Receive in Realtime to Web Account:" ... "Live GPS Location," "Guard Tours." |
| 18. A computer program product for use with a data processing system for monitoring and evaluating guard patrols of one or more sites, said computer program product comprising: | **Ex. B**, Website "Receive in Realtime to Web Account:" ... "Guard Tours" and "Mobile Phone App"<br><br>**Ex. C,** Product brochure "Receive in Realtime to Web Account:" ... "Guard Tours" and "Mobile Phone App" |
| a) a computer usable medium having computer readable program code means therein to gather information from a positioning system relating to the location of a guard when on a guard patrol of one or more sites; and | On information and belief, the Mobile Patrol system includes an application that is installed on the mobile device. On information and belief, the installed application gathers information from a positioning system of the mobile device when a guard is on patrol.<br><br>**Ex. B**, Website "Mobile Phone App," "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost |

5

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| | productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| | **Ex. C,** Product brochure "Mobile Phone App," "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| b) a computer usable medium having computer readable program code means therein to selectively download said information into said data processing system. | On information and belief, during operation of the Mobile Patrol system, the installed application transfers information from the mobile device to a web-based server that receives transmission of information and stores the information. |
| | **Ex. B**, "Receive in Realtime to Web Account:" "Live GPS Location" and "Guard Tours" |
| | **Ex. C**, "Realtime Reporting: After activity data and incidents are captured on scene, patrols are syncronized *[sic]* and immediately on the web." "Receive in Realtime to Web Account:" "Live GPS Location" and "Guard Tours." Images of navigation screens on smartphones "Sync." |
| 19. The computer program product according to claim 18, wherein said positioning system is selected from the group consisting of a global positioning system receiver, a cellular communication network, a local positioning system, and combinations thereof. | On information and belief, the mobile device used by the Mobile Patrol system can be a GPS equipped iOS or Android mobile phone. |
| | **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| | **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 20. The computer program product according to claim 18, further including computer readable program code means for defining at least one patrol record on said computer readable medium to compile information from said positioning system relating to the | On information and belief, in the Mobile Patrol system, memory and software in a data processing system on a web-based server receives a transmission of information. |
| | **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| location of a guard when on a guard patrol. | **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 21. The computer program product according to claim 20, where said information relating to said guard patrol record is comprised of information selected from the group consisting of officer records, incident records, location records, clients, facilities, groups, locations, times at locations, routes, vehicle position, vehicle speed, and combinations thereof. | On information and belief, in the Mobile Patrol system, memory and software in a data processing system on a web-based server receives a transmission of information. **Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location," "Guard Tours," and "Incident Reports" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." **Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location," "Guard Tours," and "Incident Reports" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| 22. The computer program product according to claim 20, further including computer readable program code means for displaying said at least one patrol record and at least said map showing the route of the guard when on said guard patrol. | On information and belief, in the Mobile Patrol system, provides an overlay of location information on a map. **Ex. C,** Screen shot |
| 30. A data processing system for monitoring and evaluating guard patrols of one or more sites comprising: | On information and belief, the Mobile Patrol system includes a web-based Mobile Patrol account and has a web interface. **Ex. B**, Website "Receive in Realtime to Web Account:" … "Guard Tours" **Ex. C,** Product brochure "Receive in Realtime to Web Account:" … "Guard Tours" |
| a) a central computing device; | On information and belief, the Mobile Patrol system includes a central computing device. |
| b) a device for gathering information from one or more checkpoints during a guard patrol | On information and belief, that the mobile device used by the Mobile Patrol system is capable of reading GeoTags, such as an iOS or Android mobile phone capable of reading |

7

| Claims of U.S. Pat. No. 7,027,955 | DwellingLIVE Mobile Patrol System |
|---|---|
| by a guard of one more sites, said information gathering device comprising a positioning system for generating data relating to the location of the guard when on a guard patrol and for automatically generating data relating to the location of the guard at any time when on a guard patrol at periodic intervals; and | QR codes. On information and belief, the Mobile Patrol system includes an application that is installed on the mobile phone. On information and belief, the installed application gathers information from a positioning system of the mobile device when a guard is on patrol.<br><br>**Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more."<br><br>**Ex. C,** Product brochure "Receive in Realtime to Web Account:" "Live GPS Location" and "Boost productivity with real time, GPS monitoring and reporting. Our all-in-one mobile tour solution combines GPS, GeoTags, photo capture and much more." |
| c) a system for downloading said information into said central computing device. | On information and belief, during the operation of the Mobile Patrol system information is transferred from the mobile device to a web-based server.<br><br>**Ex. B**, Website "Receive in Realtime to Web Account:" "Live GPS Location" and "Guard Tours"<br><br>**Ex. C**, Product brochure "Realtime Reporting: After activity data and incidents are captured on scene, patrols are syncronized *[sic]* and immediately on the web." "Receive in Realtime to Web Account:" "Live GPS Location" and "Guard Tours." Images of navigation screens on smartphones "Sync." |